# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Sandra K. Kongelf, Michael L. Larson, and Douglas Pfau, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Sears Holding Corporation d/b/a K-Mart, Susan Dahl, District Loss Prevention Coach, individually, | ) ) ) ) | |
| | ) | Case No. 4:09-cv-038 |
| Defendants. | ) | |

Before the court is the Defendants' motion for attorney Jeffrey A. Timmerman to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Jeffrey A. Timmerman has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendants' motion (Docket No. 11) is **GRANTED**. Attorney Jeffrey A. Timmerman is admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 27th day of July, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge